NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MOHAMMAD RAHMAN,

       Petitioner,

v.

LORETTA E. LYNCH, Attorney General,

      Respondent.

No.   14-72622

Agency No. A094-922-849

MEMORANDUM*

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 14, 2016**

Before:    WALLACE, LEAVY, and FISHER, Circuit Judges.

    Mohammad Rahman, a native and citizen of Bangladesh, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for protection under the

Convention Against Torture ("CAT").  We have jurisdiction under 8 U.S.C. §

---

    *    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

    **    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

1252.  We review for substantial evidence the agency's factual findings, *Zehatye v. Gonzales*, 453 F.3d 1182, 1184-85 (9th Cir. 2006), and we deny the petition for review.

In his opening brief, Rahman accepts the agency's determination that he was not credible, but challenges the denial of CAT protection.  Substantial evidence supports the agency's denial of Rahman's CAT claim, because it is based on the same testimony the agency found not credible, and Rahman does not point to any other evidence in the record that compels the conclusion that it is more likely than not he would be tortured by or with the consent or acquiescence of a public official in Bangladesh.  *See Shrestha v. Holder*, 590 F.3d 1034, 1049 (9th Cir. 2010).  We reject Rahman's contention that the agency ignored evidence or erred in its analysis.

**PETITION FOR REVIEW DENIED**.